# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TROUT,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MADERA, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00867-ADA-SAB<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINE TO COMPLETE SERVICE AND CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 9, 16, 17) |

Plaintiff filed this action on July 13, 2022, and summonses were issued on July 14, 2022. (ECF Nos. 1, 4, 5, 6, 7, 8.) A scheduling conference is currently set for October 13, 2022. (ECF No. 9.) Plaintiff has not returned service documents. On September 29, 2022, the Court ordered Plaintiff to file a status report concerning service and readiness for the scheduling conference. (ECF No. 16.)

On October 3, 2022, Plaintiff filed a detailed status report explaining the status in this matter and in related matters, as well as communications with the yet to be served Defendants concerning amendment of the complaint. (ECF No. 17.) Plaintiff moves: for an extension of the deadlines to complete service and to meet and confer regarding the scheduling conference; and to continue the scheduling conference to January 19, 2023.

Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action

without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id. The Court finds good cause to grant the Plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to extend the service deadline is GRANTED;
2. The deadline for Plaintiff to complete service is extended to November 13, 2022;
3. The scheduling conference set for October 13, 2022, is CONTINUED to January 19, 2023 at 3:00 p.m. in Courtroom 9;
4. The parties shall file a joint scheduling report at least seven (7) days prior to the scheduling conference; and
5. The deadline for the parties to meet and confer as required under Federal Rule of Civil Procedure 26(f)(1) is extended accordingly.

IT IS SO ORDERED.

Dated:  **October 4, 2022**

UNITED STATES MAGISTRATE JUDGE

2