# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TROUT, et al., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF MADERA, et al., <br><br> Defendants. | Case No. 1:22-cv-00867-ADA-SAB <br><br> ORDER GRANTING MOTION TO EXTEND DEADLINE TO COMPLETE SERVICE AND CONTINUING SCHEDULING CONFERENCE <br><br> ORDER VACATING NOVEMBER 9, 2022 HEARING <br><br> (ECF No. 25) |

Plaintiff filed this action on July 13, 2022, and summonses were issued on July 14, 2022. (ECF Nos. 1, 4, 5, 6, 7, 8.) On September 29, 2022, the Court ordered Plaintiff to file a status report concerning service and readiness for the then scheduled October 13, 2022 scheduling conference. (ECF No. 16.) On October 3, 2022, Plaintiff filed a detailed status report explaining the status in this matter and in related matters, as well as communications with the yet to be served Defendants concerning amendment of the complaint. (ECF No. 17.) On October 5, 2022, the Court granted Plaintiffs' motion for an extension of the deadlines to complete service and continued the scheduling conference to January 19, 2023. (ECF No. 18.)

On October 19, 2022, new counsel substituted in for Plaintiffs. (ECF No. 24.) On November 1, 2022, Plaintiffs filed a motion to again extend the service deadlines and the scheduling conference. (ECF No. 25.) New counsel indicates that previous counsel had requested the additional time in order to complete an anticipated first amended complaint, but

did not. Plaintiffs' new counsel anticipates needing until December 23, 2022, to review the files and existing claims and defendants, in order to file the first amended complaint. Counsel that has appeared on behalf of some Defendants has consented to the request. However, Plaintiff indicates four Defendants, Julio Garay, Sr., Julio Garay, Jr., Rose Alvarado, and Amanda M. Garay, are *pro se*, and have not responded to the request via email or mail.[1]

Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id. The Court finds good cause to grant the Plaintiffs' request in consideration of the entrance of new counsel and the current procedural posture of this action. See also Fed. R. Civ. P. 15(a).

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to extend the service deadline is GRANTED;
2. The deadline for Plaintiffs to complete service is extended to January 27, 2023;
3. Plaintiffs shall file a first amended complaint on or before December 23, 2022;
4. The scheduling conference set for January 19, 2023, is CONTINUED to March 23, 2023 at 2:00 p.m. in Courtroom 9;
5. The parties shall file a joint scheduling report at least seven (7) days prior to the scheduling conference; and
6. The November 9, 2022 hearing in Courtroom 9 is VACATED.

IT IS SO ORDERED.

Dated: **November 2, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] No summonses have been returned, and no answers filed in this action.