UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TROUT, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>COUNTY OF MADERA, et al.,<br><br>            Defendants. | No. 1:22-cv-00867-ADA-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING GRANTING IN PART MOTIONS TO DISMISS<br><br>(ECF Nos. 29, 34, 37, 39, 40, 41, 45, 46, 48) |

Keith Trout ("Petitioner"), guardian ad litem for minor Plaintiffs D.A., J.G.1, J.G.2, and J.G.3 (collectively, the "Minors") initiated this civil rights action on behalf of the Estate of Calley Jean Garay and the minors (collectively, "Plaintiffs") on July 14, 2022. (ECF No. 1.) Currently before the Court are motions to dismiss filed by Defendants Camarena Health and Camarena Health Foundation (collectively, "Camarena"), (ECF No. 29), Community Action Partnership of Madera County, Inc. ("CAPMC"), (ECF No. 34), and the County of Madera ("County"), (ECF No. 42). This matter was referred to a United States Magistrate Judge for the preparation of findings and recommendations and/or other appropriate action. (ECF Nos. 30, 35, 43.)

The assigned Magistrate Judge issued findings and recommendations, recommending that each of Defendants' motions be granted in part. (ECF No. 48.) The findings and recommendations contained notice that any objections thereto were to be filed within fourteen days of service. (*Id.* at 57.) No objections to the findings and recommendations were filed and the time to do so has

1

expired.

According to 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on June 14, 2023, (ECF No. 48), are ADOPTED IN FULL;

2. Defendants Camarena Health and Camarena Health Foundation's motion to dismiss, (ECF No. 29), is partially granted as follows:

    a. Plaintiffs' claims for punitive damages, attorneys' fees, and statutory penalties are dismissed as asserted against Defendants Camarena Health and Camarena Health Foundation; and

    b. Plaintiffs' claims against Camarena Health Foundation are dismissed with leave to amend, as consistent with the findings and recommendations;

3. Defendant Community Action Partnership of Madera County, Inc.'s motion to dismiss, (ECF No. 34), is GRANTED, with leave to amend; and

4. Defendant County of Madera's motion to dismiss, (ECF No. 42), is GRANTED, with leave to amend.

IT IS SO ORDERED.

Dated:   August 24, 2023

UNITED STATES DISTRICT JUDGE