# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TROUT,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MADERA, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00867-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 63) |

    On February 28, 2024, the parties filed a stipulation dismissing this action. (ECF No. 63.) Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

    1.    The first amended complaint, and all claims and causes of action in the first amended complaint, is hereby dismissed with prejudice as to Defendants County of Madera and Community Action Partnership of Madera County, Inc., and each of them.

    2.    The first amended complaint, and all claims and causes of action in the first amended complaint, is hereby dismissed with prejudice as to Defendant Camarena Health Foundation.

    3.    The Court declines to assume supplemental jurisdiction over the state-law claims remaining against Defendant Camarena Health. The remaining claims against Defendant Camarena Health are, accordingly, dismissed without prejudice.

4. The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**February 29, 2024**__

UNITED STATES MAGISTRATE JUDGE