# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TROUT,<br><br>       Plaintiff,<br><br>   v.<br><br>COUNTY OF MADERA, et al.,<br><br>       Defendants. | Case No. 1:22-cv-00867-SAB<br><br>ORDER SETTING BRIEFING SCHEDULE |

On March 1, 2024, the Court entered an order directing the Clerk of Court to close the case and adjust the docket to reflect voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure ("Rule"). (ECF No. 64.) On March 25, 2024, the Court held an informal conference at the request of the parties. In short, Plaintiffs request an opportunity to file a motion pursuant to Rule 60 regarding the dismissal order.

///
///
///
///
///
///

Accordingly, finding good cause, IT IS HEREBY ORDERED that:

1. Plaintiffs shall have until **March 27, 2024 at 12:00 p.m.** to file a motion pursuant to Rule 60, and

2. Defendants shall have until **March 29, 2024 at 5:00 p.m.** to file any opposition or non-opposition to Plaintiffs' motion.

IT IS SO ORDERED.

Dated:  **March 25, 2024**

UNITED STATES MAGISTRATE JUDGE