UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TROUT, as guardian ad litem of minor D.A.; minor J.G. 1; minor J.G. 2; and minor J.G. 3,<br><br>Plaintiffs,<br><br>vs.<br><br>CAMARENA HEALTH; CAMARENA HEALTH FOUNDATION; COMMUNITY ACTION PARTNERSHIP OF MADERA COUNTY, INC. ("CAPMC"); COUNTY OF MADERA<br><br>Defendants. | Case No.: 1:22-cv-00867-SAB<br><br>**AMENDED ORDER OF DISMISSAL (Fed. R. Civ. P. 60)**<br><br>(ECF Nos. 64, 67, 68, 69) |

The Court, having reviewed and considered the Plaintiff's Fed. R. Civ. P. 60 motion to correct judgment (ECF No. 67), now ORDERS as follows:

1. The first amended complaint, and all claims and causes of action in the first amended complaint, is hereby dismissed *with prejudice* as to Defendants County of Madera[1] and Community Action Partnership of Madera County, Inc.[2] This dismissal is *with prejudice* for the

---

[1] On March 27, 2024, Defendant County of Madera filed a non-opposition to Plaintiff's motion to correct judgment under Rule 60 and non-opposition to entry of the proposed amended order. (ECF No. 68 (noting "This Notice of Non-Opposition is without prejudice to the rights of the County of Madera and without prejudice to contentions the County of Madera may make in further proceedings in this Court or in any other Court, including without limitation the U.S. Court of Appeals. No waivers are intended. All rights are reserved.").)

[2] On March 29, 2024, Defendant Community Action Partnership of Madera County, Inc. also filed a non-opposition to Plaintiff's motion to correct judgment under Rule 60 and non-opposition to entry of the proposed amended order. (ECF No. 69.)

1. reasons set forth in the order granting Defendants' motions to dismiss the First Amended Complaint (ECF Nos. 48, 50) and because Plaintiff has elected not to amend the complaint. (See ECF No. 63.)

2. The first amended complaint, and all claims and causes of action in the first amended complaint, is hereby dismissed with prejudice as to Defendant Camarena Health Foundation. Plaintiff's claims in the first amended complaint for punitive damages, attorneys' fees, and statutory penalties are dismissed with prejudice as to Camarena Health and Camarena Health Foundation. This dismissal is *with prejudice* for the reasons set forth in the order granting Defendants' motions to dismiss the First Amended Complaint (ECF Nos. 48, 50) and because Plaintiff has elected not to amend the complaint. (See ECF No. 63.)

3. The Court declines to assume supplemental jurisdiction over the state-law claims remaining against Defendant Camarena Health.[3] The remaining claims against Defendant Camarena Health are, accordingly, dismissed *without prejudice*.

4. This Amended Order is entered under Rule 60(a) to correct a clerical error and to make clear that Plaintiff did *not* voluntarily dismiss this action.

5. Upon entry of this Order, the clerk is DIRECTED to close this case to reflect dismissal in response to the Defendants' motions to dismiss.

IT IS SO ORDERED.

Dated:   **April 3, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[3] The Court did not receive an opposition or non-opposition from Defendant Camarena Health. (See ECF No. 66.) The deadline to file an opposition or non-opposition has now expired. (ECF No. 66.) The Court therefore construes Defendant Camarena Health's failure to timely file a timely opposition as a non-opposition to Plaintiff's Rule 60 motion and entry of proposed order. L.R. 230(c).